UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

     v.                                    Case No. 15-cv-250-LM

State of New Hampshire

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 19, 2015, for the reasons set forth therein. Plaintiff's motion for leave to proceed in forma pauperis (document no. 3), is denied. Plaintiff has thirty days from the date of this order to pay the filing fee to avoid dismissal of this case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: September 28, 2015

cc: Paul Blackmer, pro se